■ LOUIS L. IBEKWEH, Appellant, v CHARLES O. WIREDU et al., Respondents. [603 NYS2d 2] —Judgment, Supreme Court, New York County (Beatrice Shainswit, J.), entered on or about July 9, 1991, which dismissed plaintiff's complaint, unanimously affirmed, without costs.

The IAS Court correctly determined that it was without subject matter jurisdiction. Education Law § 6224 (4) confers exclusive jurisdiction over tort claims involving city university officials acting on behalf of a college of that university on the Court of Claims. The court also properly dismissed the defamation action as time barred.

We have considered plaintiff's remaining contentions and find them to be without merit. Concur—Sullivan, J. P., Wallach, Kupferman and Nardelli, JJ.

■ GEORGYA MORRIS v CITY OF NEW YORK. [604 NYS2d 712] — Motion insofar as it seeks leave to appeal to the Court of Appeals is denied; insofar as it seeks reargument the motion is granted, and upon reargument, the unpublished decision and order of this Court entered August 26, 1993 (Appeal No. 49152) is recalled and vacated and a new decision and order is substituted therefor. Concur—Murphy, P. J., Rosenberger, Kupferman, Kassal and Nardelli, JJ. [See, 177 AD2d 35.]